McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone (916) 554-2772

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SANDEEP SINGH SANDHU, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | MAG No. 05-0272 GGH <br><br> STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING DATE <br><br> Date: October 13, 2005 <br> Time: 2:00 p.m. <br> Court: Hon. Peter A. Nowinski |

    Whereas, there is a preliminary hearing presently set in the above-captioned case for October 13, 2005, at 2:00 p.m.; and

    Whereas, defendant Sandeep Singh Sandhu desires to waive his right to a timely preliminary hearing to help facilitate pre-Indictment settlement discussions,

    It is hereby stipulated by and between plaintiff United States of America and Sandhu, through their respective counsel, that the presently set October 13, 2005, at 2:00 p.m., preliminary hearing

///

///

///

1

shall, subject to the approval of the Court, be continued until October 27, 2005, at 2:00 p.m.

DATED: October 12, 2005         /s/ Caro Marks
                                CARO MARKS
                                Assistant Federal Defender
                                Attorney for defendant
                                SANDEEP SINGH SANDHU

DATED: October 12, 2005         McGREGOR W. SCOTT
                                United States Attorney

                           By:  /s/ Samuel Wong
                                SAMUEL WONG
                                Assistant U.S. Attorney

_____

## ORDER

It is so ORDERED. The Court specifically finds good cause, based on the stipulation of the parties, taking into account the public interest in the prompt disposition of criminal cases, that the preliminary hearing shall be continued from October 13, 2005, at 2:00 p.m., until October 27, 2005, at 2:00 p.m., to allow the parties time to engage in pre-Indictment settlement discussions.

Dated: October 13, 2005.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge