**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III  (State Bar No. 118694)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone:(916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
SANDEEP SINGH SANDHU

## IN THE UNITED STATES DISTRICT

## COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SANDEEP SINGH SANDHU<br><br>Defendant | Case No.: 02:05-MJ-00272-GGH<br><br>**SUBSTITUTION OF ATTORNEY** |

The defendant, SANDEEP SINGH SANDHU, by and through his current attorney of Record Caro Marcs, hereby substitutes Johnny L. Griffin III and the Law Offices of Johnny L. Griffin III, 1010 F Street, Suite 200, Sacramento, CA 95814, (916) 444-5557 as his Attorney of Record in place and stead of Attorney Caro Marcs.

Dated: October 17, 2005            /S/
                                   CARO MARKS
                                   Attorney at Law

Dated: October 17, 2005            /S/
                                   SANDEEP SINGH SANDHU
                                   Defendant

I accept the above substitution.

Dated: October 17, 2005                              /S/
                                        _____
                                        JOHNNY L. GRIFFIN, III
                                        Attorney at Law


**IT IS SO ORDERED.**


Dated: 10/20/05

                                        /s/ Gregory G. Hollows
                                        _____
                                        GREGORY G. HOLLOWS
                                        U.S. Chief Magistrate Judge
sandhu272.ord