McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>SANDEEP SINGH SANDHU,<br><br>　　　　Defendant. | CR. NO. S-05-449 FCD<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME UNDER<br>SPEEDY TRIAL ACT<br><br>Court: Hon. Frank C. Damrell<br>Date:  November 28, 2005 |

　　Whereas, there is a status conference presently set for the above-referenced case on November 28, 2005, at 9:30 a.m.; and

　　Whereas, the parties jointly request that the November 28, 2005, status conference be continued until January 23, 2006, at 9:30 a.m., to allow counsel for defendant Sandeep Singh Sandhu additional time to: review and discuss with his client the discovery produced by the United States, conduct necessary legal research, interview potential witnesses, and conduct necessary defense investigation,

　　It is hereby stipulated that:

　　1.  The presently set November 28, 2005, status conference

be continued until January 23, 2006, at 9:30 a.m.; and

    2.   Time from the date of this stipulation, to and including, January 23, 2006, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4) (preparation by defense counsel).

Dated:  November 17, 2005       McGREGOR W. SCOTT
                                       United States Attorney

                                       /s/ Samuel Wong
                          By:  _____
                                       SAMUEL WONG
                                       Assistant U.S. Attorney

                                       /s/ Johnny Griffin, III
Dated:  November 17, 2005      _____
                                       JOHNNY GRIFFIN, III
                                       Attorney for defendant
                                       Sandeep Singh Sandhu
                                       (per telephone authorization)

<u>ORDER</u>

    Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

    Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

1   IT IS SO ORDERED.

2

3   Dated:   November 28, 2005

4
                                        /s/ Frank C. Damrell Jr.
5                                       FRANK C. DAMRELL JR.
                                        United States District Judge