1  **LAW OFFICES OF JOHNNY L. GRIFFIN III**
   **JOHNNY L. GRIFFIN, III  (SBN 118694)**
2  1010 F Street, Suite 200
   Sacramento, California 95814
3  Telephone: (916) 444-5557
   Facsimile: (916) 444-5558
4
   Attorneys for Defendant
5  SANDEEP SINGH SANDHU

6

7                    **UNITED STATES DISTRICT COURT**

8                    **EASTERN DISTRICT OF CALIFORNIA**

9

| | | |
|---|---|---|
| 10 | THE UNITED STATES OF AMERICA  ) | Case No. CR. S-05-0449 FCD |
| 11 | Plaintiff,  ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE,** |
| 12 | vs.  ) | **HEARING ON DEFENDANT'S MOTION TO SUPPRESS, AND MODIFIED** |
| 13 | SANDEEP SINGH SANDHU,  ) | **BRIEFING SCHEDULE** |
| 14 | Defendant.  ) | Date: April 10, 2006 |
| 15 | ) | Time: 9:30 a.m. |
| | ) | Court: Hon. Frank C. Damrell, Jr. |
| 16 | _____ ) | |

17

18   The United States of America, by and through Assistant U.S. Attorney Samuel

19   Wong, and Defendant SANDEEP SINGH SANDHU, by and through his attorney, Johnny

20   L. Griffin, III, hereby agree and stipulate to continue the status conference and hearing on

21   Defendant's Motion to Suppress in the above captioned case from April 10, 2006 at 9:30

22   a.m. to May 22, 2006 at 9:30 a.m., to allow counsel for Defendant additional time to

23   review and discuss discovery with his client, and draft and file the Memorandum of Points

24   and Authorities in Support of Defendant's Motion to Suppress previously filed on January

25

U.S. v. Sandhu
CR. S-05-0449 FCD
Notice of Motion to Suppress   1

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

26, 2006.[1] Defense counsel is currently in trial in the case *United States v. Umer Hayat and Hamid Hayat*, case No. Cr.S 05-240 GEB and is unable to comply with the briefing schedule in this case. In addition, the parties agree and stipulate that time be excluded from January 26, 2006 to May 22, 2006 pursuant to Local Code T4, Local Code E, and 18 U.S.C. § 3161(h)(1)(F).

The parties have agreed to adhere to the following modified briefing schedule:

| Pleading | Filing Deadline |
|---|---|
| Defendant's Memorandum of Points and Authorities in Support of His Motion to Suppress | 03/31/06 |
| Government's Opposition | 05/05/06 |
| Defendant's Reply to Government's Opposition | 05/12/06 |

Dated: February 27, 2006          Respectfully submitted,

   /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for SANDEEP SINGH SANDHU

Dated: February 27, 2006          Respectfully submitted,

   /s/ Samuel Wong
Samuel Wong[2]
Assistant U.S. Attorney

---

1. The parties have been advised by this Court's Clerk May 22, 2006 at 9:30 a.m. is an available date and time for a status conference and hearing on this matter.
2. Assistant United States Attorney Samuel Wong telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

U.S. v. Sandhu
CR. S-05-0449 FCD

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

**ORDER**

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: February 27, 2006          /s/ Frank C. Damrell Jr.
                                  HON. FRANK C. DAMRELL, JR.
                                  United States District Judge

U.S. v. Sandhu
CR. S-05-0449 FCD
Notice of Motion to Suppress - 3

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814