1 **LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III  (SBN 118694)**
2 1010 F Street, Suite 200
Sacramento, California 95814
3 Telephone: (916) 444-5557
Facsimile: (916) 444-5558
4
Attorneys for Defendant
5 SANDEEP SINGH SANDHU

6

7 UNITED STATES DISTRICT COURT

8 EASTERN DISTRICT OF CALIFORNIA

9

| | | |
|---|---|---|
| 10 | THE UNITED STATES OF AMERICA | ) Case No. CR. S-05-0449 FCD |
| 11 | Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | | ) **CONTINUE STATUS CONFERENCE,** |
| 12 | vs. | ) **HEARING ON DEFENDANT'S MOTION** |
| | | ) **TO SUPPRESS, AND MODIFIED** |
| 13 | SANDEEP SINGH SANDHU, | ) **BRIEFING SCHEDULE** |
| 14 | Defendant. | ) Date:  May 22, 2006 |
| | | ) Time:  9:30 a.m. |
| 15 | | ) Court:  Hon. Frank C. Damrell, Jr. |
| 16 | _____ | ) |

17

18     The United States of America, by and through Assistant U.S. Attorney Samuel

19 Wong, and Defendant SANDEEP SINGH SANDHU, by and through his attorney, Johnny

20 L. Griffin, III, hereby agree and stipulate to continue the status conference and hearing on

21 Defendant's Motion to Suppress in the above captioned case from May 22, 2006 at 9:30

22 a.m. to August 14, 2006 at 9:30 a.m., to allow counsel for Defendant additional time to

23 draft and file the Memorandum of Points and Authorities in Support of Defendant's

24

25

U.S. v. Sandhu
CR. S-05-0449 FCD
Notice of Motion to Suppress - 1

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

Motion to Suppress previously filed on January 26, 2006.[1] Defense counsel was not able to abide by the previous briefing schedule, because he has been and is currently preparing for the re-trial in the case *United States v. Umer Hayat*, case No. Cr.S 05-240 GEB. The re-trial will begin on June 5, 2006. In addition, the parties agree and stipulate that time be excluded from January 26, 2006 to May 22, 2006 pursuant to Local Code T4, Local Code E, and 18 U.S.C. § 3161(h)(1)(F).

The parties have agreed to adhere to the following modified briefing schedule:

| Pleading | Filing Deadline |
|---|---|
| Defendant's Memorandum of Points and Authorities in Support of His Motion to Suppress | 06/21/06 |
| Government's Opposition | 07/24/06 |
| Defendant's Reply to Government's Opposition | 07/31/06 |

Dated: May 17, 2006                Respectfully submitted,

  /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for SANDEEP SINGH SANDHU

Dated: May 17, 2006                Respectfully submitted,

  /s/ Samuel Wong
Samuel Wong[2]
Assistant U.S. Attorney

---

1. The parties have been advised by this Court's Clerk August 14, 2006 at 9:30 a.m. is an available date and time for a status conference and hearing on this matter.
2. Assistant United States Attorney Samuel Wong telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

U.S. v. Sandhu
CR. S-05-0449 FCD
Notice of Motion to Suppress  2

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: May 18, 2006          /s/ Frank C. Damrell Jr.
                             HON. FRANK C. DAMRELL, JR.
                             United States District Judge

U.S. v. Sandhu
CR. S-05-0449 FCD
Notice of Motion to Suppress  3

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814