**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Tel.: (916) 444-5557
Fax: (916) 444-5558

Attorney for SANDEEP SINGH SANDHU

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR S-05-0449 FCD |
| Plaintiff, | STIPULATION AND ORDER FOR STATUS CONFERENCE |
| vs. | |
| | Date:   August 14, 2006 |
| SANDEEP SINGH SANDHU, | Time:  9:30 a.m. |
| Defendant. | Court:  Hon. Frank C. Damrell, Jr. |

The United States of America, by and through Assistant U.S. Attorney Samuel Wong, and Defendant SANDEEP SINGH SANDHU, by and through his attorney, Johnny L. Griffin, III, hereby agree and stipulate to continue the status conference in the above captioned case from August 14, 2006 at 9:30 a.m. to September 25, 2006 at 9:30 a.m. to allow counsel for Defendant additional time to prepare and discuss resolution with counsel for the government, and for defense counsel to advise SANDHU regarding the ramifications of the government's proposal to resolve this case.[1]  In addition, the parties agree and stipulate that time be excluded from August 14, 2006 to September 25, 2006 pursuant to Local Code T4, and 18 U.S.C. § 3161(h)(1)(8)(B)(iv).

---

1. The parties have been advised by this Court's Clerk that September 25, 2006 at 9:30 a.m. is an available date and time for a status conference and hearing on this matter.

1

2  Dated: August 10, 2006                    Respectfully submitted,

3                                              /s/ Johnny L. Griffin, III

4                                            JOHNNY L. GRIFFIN, III
                                             Attorney for SANDEEP SINGH SANDHU
5

6  Dated: August 10, 2006                    Respectfully submitted,

7

8                                              /s/ Samuel Wong
                                             Samuel Wong[2]
9                                            Assistant U.S. Attorney

10

11                                 **ORDER**

12

13        Based on the stipulation of the parties and good cause apparent therein, the Court

14  hereby finds that the failure to grant a continuance in this case would deny Defendant's

15  counsel reasonable time necessary for effective preparation, taking into account the exercise

16  of due diligence. The Court specifically finds that the ends of justice are served by the

17  granting of such continuance and outweigh the interests of the public and the Defendant in a

18  speedy trial.

19        Based on these findings and pursuant to the stipulation of the parties, the Court

20  hereby adopts the stipulation of the parties in its entirety as its order.

21

22        **IT IS SO ORDERED.**

23  Dated:  August 11, 2006          /s/ Frank C. Damrell Jr.
                                     HON. FRANK C. DAMRELL, JR.
24                                   United States District Judge

25

[2]  Assistant United States Attorney Samuel Wong telephonically authorized attorney Johnny L. Griffin, III to sign
this Stipulation and Order on his behalf.