McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANDEEP SINGH SANDHU,<br><br>Defendant. | CR. NO. S-05-449 FCD<br><br>AMENDED STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT<br><br>Court: Hon. Frank C. Damrell Jr.<br>Date:  November 6, 2006 |

    Whereas, there is a status conference presently set for the above-referenced case on September 25, 2006, at 9:30 a.m.; and

    Whereas, the parties jointly request that the September 25, 2006, status conference be continued until November 6, 2006, at 9:30 a.m., to allow counsel for defendant Sandeep Singh Sandhu additional time to review and discuss with his client a proposal to resolve this case pretrial and the proposal's ramifications upon Sandhu,

    It is hereby stipulated that:

    1.    The presently set September 25, 2006, status conference be continued until November 6, 2006, at 9:30 a.m.; and

    2.    Time from the date of this stipulation, to and including, November 6, 2006, shall be excluded from computation of time within which the trial of this case must be commenced

under the Speedy Trial Act pursuant to 18 U.S.C. 3161(h)(8)(B)(iv) and Local Code T4 relating to preparation by defense counsel, and 18 U.S.C. § 3161(h)(1)(F) and Local Code E due to defendant's pretrial motion previously filed on January 26, 2006.

Dated:  September 22, 2006

McGREGOR W. SCOTT
United States Attorney

By:  /s/   Samuel Wong
SAMUEL WONG
Assistant U.S. Attorney

Dated:  September 22, 2006

/s/ Johnny Griffin, III
JOHNNY GRIFFIN, III
Attorney for defendant
Sandeep Singh Sandhu
(per telephone authorization)

## ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated:  September 22, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL
United States District Judge