McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2772

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR. NO. S-05-449 FCD |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | AND EXCLUDING TIME UNDER |
| SANDEEP SINGH SANDHU, | ) | SPEEDY TRIAL ACT |
| | ) | |
| Defendant. | ) | Court: Hon. Frank C. Damrell |
| | ) | Date:  November 6, 2006 |
| | ) | |

Whereas, there is a status conference presently set for the above-referenced case on November 6, 2006, at 9:30 a.m.; and

Whereas, the parties jointly request that the November 6, 2006, status conference be continued until January 22, 2007, at 10:00 a.m., to both counsel additional time to conduct further investigation on matters that are relevant to a proposed resolution of this case, and to allow counsel for defendant Sandeep Singh Sandhu additional time to review and discuss with his client the anticipated new proposal to resolve this case pretrial,

///

1    It is hereby stipulated and agreed between the parties that:

2    1.   The presently set November 6, 2006, status conference

3    shall be continued until January 22, 2007, at 10:00 a.m.; and

4    2.   Time from the date of this stipulation, to and

5    including, January 22, 2007, shall be excluded from computation

6    of time within which the trial of this case must be commenced

7    under the Speedy Trial Act pursuant to 18 U.S.C.

8    3161(h)(8)(B)(iv) and Local Code T4 relating to preparation by

9    both counsel, and 18 U.S.C. § 3161(h)(1)(F) and Local Code E

10   due to defendant's pretrial motion previously filed on January

11   26, 2006.

12

13   Dated:  November 1, 2006          McGREGOR W. SCOTT
                                        United States Attorney
14

15
                                        /s/  Samuel Wong
16                          By:         _____
                                        SAMUEL WONG
17                                      Assistant U.S. Attorney

18

19
                                        /s/ Johnny Griffin, III
20   Dated:  November 1, 2006          _____
                                        JOHNNY GRIFFIN, III
21                                      Attorney for defendant
                                        Sandeep Singh Sandhu
22                                      (per telephone authorization)

23

24

25

26

27

28

ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny both counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated:  November 2, 2006

_____

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE