```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone:  (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, ) | |
|---|---|
| ) | CR. NO. S-05-0449 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | AND EXCLUDING TIME UNDER |
| SANDEEP SINGH SANDHU, ) | SPEEDY TRIAL ACT |
| ) | |
| Defendant. ) | Court: Hon. Frank C. Damrell Jr. |
| ) | Date:  January 22, 2007 |
| ) | |

   Whereas, there is a status conference presently set for the above-referenced case on January 22, 2007, at 10:00 a.m.; and

   Whereas, the parties jointly request that the January 22, 2007, status conference be continued until April 9, 2007, at 10:00 a.m., to both counsel additional time to conduct further investigation on matters that are relevant to a proposed resolution of this case, and to allow counsel for defendant Sandeep Singh Sandhu additional time to review and discuss with his client the anticipated new proposal to resolve this case pretrial,

///

It is hereby stipulated and agreed between the parties that:

1. The presently set January 22, 2007, status conference shall be continued until April 9, 2007, at 10:00 a.m.; and

2. Time from the date of this stipulation, to and including, April 9, 2007, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. 3161(h)(8)(B)(iv) and Local Code T4 relating to preparation by both counsel, and 18 U.S.C. § 3161(h)(1)(F) and Local Code E due to defendant's pretrial motion previously filed on January 26, 2006.

Dated:  January 17, 2007            McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/  Samuel Wong
                                By: _____
                                    SAMUEL WONG
                                    Assistant U.S. Attorney


                                    /s/ Johnny Griffin, III
Dated:  January 17, 2007            _____
                                    JOHNNY GRIFFIN, III
                                    Attorney for defendant
                                    Sandeep Singh Sandhu
                                    (per telephone authorization)

///
///
///
///
///
///
///
///

ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny both counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated: January 18, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE