**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
**SILKY SAHNAN (242850)**
1010 F Street, Suite 200
Sacramento, CA 95814
Tel.: (916) 444-5557
Fax: (916) 444-5558

Attorney for SANDEEP SINGH SANDHU

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR S-05-0449 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE  STATUS CONFERENCE |
| vs. ) | |
| ) | Date:   June 25, 2007 |
| SANDEEP SINGH SANDHU, ) | Time:   10:00 a.m. |
| ) | Court:  Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |
| ) | |

　　　　Defendant SANDEEP SINGH SANDHU, by and through his undersigned attorney, Johnny L. Griffin, III, and The United States of America, by and through Assistant U.S. Attorney Samuel Wong, hereby agree and stipulate to continue the status conference in the above captioned case from June 25, 2007 to July 30, 2007 at 10:00 a.m.  This continuance is requested because counsel for Defendant is unavailable since he is in a criminal jury trial in the case of *People v. Ruben Martinez,* Santa Clara County Superior Case Number CC630512.  The trial is expected to last approximately two weeks. [1]

　　　　For this reason, the parties stipulate and request that the case be continued to July 30, 2007 and that the Court exclude time within which the trial must commence under the

---

1. The parties have been advised by this Court's Clerk that July 30, 2007 at 10:00 a.m. is an available date and time for a status conference on this matter.

STIPULATION AND ORDER - 1

1  Speedy Trial Act from June 25, 2007 through July 30, 2007, because of unavailability of counsel

2  and to allow for defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv)  (Local Code T4).

3  Dated: June 26, 2007                             Respectfully submitted,

4                                          /s/ Johnny L. Griffin, III
5                                         JOHNNY L. GRIFFIN, III
                                          Attorney for SANDEEP SINGH SANDHU

7  Dated: June 26, 2007                             Respectfully submitted,

9                                         /s/ Samuel Wong
                                          Samuel Wong[2]
                                          Assistant U.S. Attorney

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

**DATED:** June 28, 2007

                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE

---

[2] Assistant United States Attorney Samuel Wong telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.