**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
SANDEEP SINGH SANDHU

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     vs.<br><br>         Defendant.<br><br>SANDEEP SINGH SANDHU | Case No.: 2:05-CR-0449 FCD<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:  July 30, 2007<br>TIME:  10:00 a.m.<br>COURT:  Hon. Frank C. Damrell, Jr. |

Defendant by and through his undersigned counsel, Johnny L. Griffin, III, and the United States of America, through Assistant U.S. Attorney Samuel Wong, hereby stipulate and request that the Court continue the status conference in the above captioned case from July 30, 2007 to November 19, 2007 at 10:00 a.m.[1]  This continuance is requested to allow the parties additional time to meet and confer in reaching a mutually acceptable resolution in this matter.  Counsel for Defendant has been unavailable to engage in meaningful negotiations in light of a lengthy criminal jury trial Santa Clara County.

---

[1] The parties have been advised by this Court's Clerk that November 19, 2007 at 10:00 a.m. is an available date and time for a status conference on this matter.

For this reason, the parties stipulate and request that the case be continued to November 19, 2007, and that the Court exclude time within which the trial must commence under the Speedy Trial Act from July 30, 2007 through November 19, 2007, because of unavailability of counsel and to allow for defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv)  (Local Code T4).

Dated: July 27, 2007            Respectfully submitted,


                                /s/ Samuel Wong[2]
                                SAMUEL WONG
                                Assistant U.S. Attorney


Dated:  July 26, 2007           /s/ Johnny L. Griffin, III
                                JOHNNY L. GRIFFIN, III
                                Attorney for Defendant
                                SANDEEP SINGH SANDHU

**ORDER**

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

---

[2] Assistant U. S Attorney Samuel Wong telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.

1
2      Based on these findings and pursuant to the stipulation of the parties, the Court
3   hereby adopts the stipulation of the parties in its entirety as its order.
4
5      **IT IS SO ORDERED.**
6   Dated:  July 27, 2007                                    _____
                                                              FRANK C. DAMRELL, JR.
7                                                             UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25