1   **LAW OFFICES OF JOHNNY L. GRIFFIN III**
    **JOHNNY L. GRIFFIN, III (SBN 118694)**
2   1010 F Street, Suite 200
    Sacramento, CA 95814
3   Tel.: (916) 444-5557
    Fax: (916) 444-5558
4
    Attorney for SANDEEP SINGH SANDHU
5

6                  **UNITED STATES DISTRICT COURT**

7              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9   UNITED STATES OF AMERICA,            )   Case No.: 2:05-cr-0449 FCD
                                         )
10                 Plaintiff,            )   STIPULATION AND ORDER FOR STATUS
                                         )   CONFERENCE
11         vs.                           )
                                         )   Date:   November 19, 2007
12  SANDEEP SINGH SANDHU,                )   Time:  10:00 a.m.
                                         )   Court:  Hon. Frank C. Damrell, Jr.
13                 Defendant.            )
    ─────────────────────────────────────)
14

15         Defendant SANDEEP SINGH SANDHU, by and through his attorney, Johnny L.

16  Griffin III, and plaintiff United States of America, by and through Assistant United States

17  Attorney Samuel Wong, and hereby agree and stipulate to continue the status conference in

18  the above captioned case from November 19, 2007 to May 19, 2008 at 10:00 a.m.[1] to allow

19  counsel for Defendant additional time to prepare and discuss resolution with counsel for the

20  government, and upon such discussion advise SANDHU regarding the ramifications of the

21  government's proposal to resolve this case.  Time is presently excluded, and the parties

22  agree that time shall continue to be excluded, from computation of time within which the

23  trial of this case must be commenced, pursuant to 18 U.S.C.  § 3161(h)(1)(F) and Local

24

25  ────────────────────────
    [1]  . The parties have been advised by this Court's Clerk that May 19, 2008 at 10:00 a.m. is an available date and
    time for a status conference and hearing on this matter.

                          STIPULATION AND ORDER - 1

Code  E due to pending pretrial motions.  In addition, the parties agree and stipulate that time be excluded from November 19, 2007 to May 19, 2008 pursuant to Local Code T4, and 18 U.S.C. § 3161(h)(1)(8)(B)(iv) due to preparation of defense counsel.


Dated: November 16, 2007                         Respectfully submitted,

                                               _/s/ Johnny L. Griffin, III_____
                                               JOHNNY L. GRIFFIN, III
                                               Attorney for SANDEEP SINGH SANDHU


Dated: November 16, 2007                         Respectfully submitted,


                                               _/s/ Samuel Wong_____
                                               Samuel Wong[2]
                                               Assistant U.S. Attorney

### ORDER

        Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

        Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

        **IT IS SO ORDERED.**

Dated:  November 16, 2007

                                               _____
                                               FRANK C. DAMRELL, JR.
                                               UNITED STATES DISTRICT JUDGE

---

[2]  Assistant United States Attorney Samuel Wong authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.