**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Tel.: (916) 444-5557
Fax: (916) 444-5558

Attorney for SANDEEP SINGH SANDHU

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR S-05-0449 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER FOR STATUS |
| ) | CONFERENCE |
| vs. ) | |
| ) | Date: May 19, 2008 |
| SANDEEP SINGH SANDHU, ) | Time: 10:00 a.m. |
| ) | Court: Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |
| ) | |

Defendant SANDEEP SINGH SANDHU, by and through his attorney, Johnny L. Griffin III, and plaintiff United States of America, by and through Assistant United States Attorney Samuel Wong, hereby agree and stipulate to continue the status conference in the above captioned case from May 19, 2008 to December 15, 2008 at 10:00 a.m.[1] This continuance is requested to allow the parties additional time to reach mutually agreeable terms of a written plea agreement. Time is presently excluded, and the parties agree that time shall continue to be excluded, from computation of time within which the trial of this case must be commenced, pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code T4. from May 19, 200 to December 15, 2008.

---

[1] . The parties have been advised by this Court's Clerk that December 15, 2008 at 10:00 a.m. is an available date and time for a status conference and hearing on this matter.

STIPULATION AND ORDER - 1

Dated: May 16, 2008                                        Respectfully submitted,

    /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for SANDEEP SINGH SANDHU

Dated: May 16, 2008                                        Respectfully submitted,

    /s/ Samuel Wong
Samuel Wong[2]
Assistant U.S. Attorney

ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: May 16, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Assistant United States Attorney Samuel Wong authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

STIPULATION AND ORDER - 2