**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Tel.: (916) 444-5557
Fax: (916) 444-5558

Attorney for SANDEEP SINGH SANDHU

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR S-05-0449 FCD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Date:  December 15, 2008 |
| SANDEEP SINGH SANDHU, | Time:  10:00 a.m. |
| Defendant. | Court:  Hon. Frank C. Damrell, Jr. |

The United States of America, by and through Assistant U.S. Attorney Samuel Wong, and Defendant SANDEEP SINGH SANDHU, by and through his attorney, Johnny L. Griffin, III, hereby agree and stipulate to continue the status conference in the above captioned case from December 15, 2008 to June 22, 2009 at 10:00 a.m. to allow counsel for Defendant additional time to prepare and discuss resolution with counsel for the Government.[1]  In addition, the parties agree and stipulate that time be excluded from December 15, 2008 to June 22, 2009 pursuant to Local Code T4, and 18 U.S.C. § 3161(h)(1)(8)(B)(iv).

---

1. The parties have been advised by this Court's Clerk that June 22, 2009 at 10:00 a.m. is an available date and time for a status conference and hearing on this matter.

STIPULATION AND ORDER - 1

Dated: December 12, 2008          Respectfully submitted,

                          /s/ Johnny L. Griffin, III
                          JOHNNY L. GRIFFIN, III
                          Attorney for SANDEEP SINGH SANDHU

Dated: December 12, 2008          Respectfully submitted,

                          /s/ Samuel Wong
                          Samuel Wong[2]
                          Assistant U.S. Attorney

## **ORDER**

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: December 12, 2008

                                            FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE

---

[2] Assistant United States Attorney Samuel Wong telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.