**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Tel.: (916) 444-5557
Fax: (916) 444-5558

Attorney for SANDEEP SINGH SANDHU

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            )<br>    Plaintiff,     )<br>            )<br>    vs.       )<br>            )<br>SANDEEP SINGH SANDHU,  )<br>            )<br>    Defendant.    )<br>            ) | Case No.: CR S-05-0449 FCD<br><br>STIPULATION AND ORDER FOR STATUS CONFERENCE<br><br>Date:  June 22, 2009<br>Time:  10:00 a.m.<br>Court: Hon. Frank C. Damrell, Jr. |

The United States of America, by and through Assistant United States Attorney Samuel Wong, and Defendant SANDEEP SINGH SANDHU, by and through his attorney, Johnny L. Griffin III, hereby agree and stipulate to continue the status conference in the above captioned case from June 22, 2009 to December 14, 2009 at 10:00 a.m.  This continuance is requested because additional time is needed to review discovery, conduct further investigation and engage in further plea negotiations.[1]  In addition, the parties agree and stipulate that time be excluded from June 22, 2009 to December 14, 2009 pursuant to Local Code T4, and 18 U.S.C. § 3161(h)(1)(8)(B)(iv).

---

1. The parties have been advised by this Court's Clerk that December 14, 2009 at 10:00 a.m. is an available date and time for a status conference and hearing on this matter.

1

Dated: June 19, 2009               Respectfully submitted,

                                    /s/ Johnny L. Griffin, III
                                   JOHNNY L. GRIFFIN, III
                                   Attorney for SANDEEP SINGH SANDHU

Dated: June 19, 2009               Respectfully submitted,

                                    /s/ Samuel Wong
                                   Samuel Wong[2]
                                   Assistant U.S. Attorney

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:  June 19, 2009

                                   _____
                                   FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE

---

[2] Assistant United States Attorney Samuel Wong telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

2