BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>SANDEEP SANDHU,<br><br>          Defendant. | No. 2:05-CR-449 FCD<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date: December 6, 2010<br>Time: 10:00 a.m.<br>Court: Hon. Frank C. Damrell |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Sandeep Sandhu, on the other hand, through their respective attorneys, that:  (1) the status conference scheduled for December 6, 2010, at 10:00 a.m., shall be continued to January 24, 2011, at 10:00 a.m.; and (2) time from the date of this stipulation through, and including, the date of the status conference on January 24, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (defense preparation).  Specifically, the parties have agreed that a pre-plea presentence report would aid defense counsel in

1

advising his client regarding the consequences of any proposed guilty pleas to be weighed against the risks and consequences of possible convictions after trial.  The parties further agree that the pre-plea presentence report would aid both parties toward resolving the case and respectfully request that this Court order the Probation Office to prepare and disclose to the parties a pre-plea presentence report in defendant Sandhu's case.

Dated:  December 2, 2010                BENJAMIN B. WAGNER
                                        UNITED STATES ATTORNEY

                                   By:  /s/ Samuel Wong
                                        SAMUEL WONG
                                        Assistant U.S. Attorney

DATED:  December 2, 2010                /s/ Johnny Griffin, III
                                        JOHNNY GRIFFIN, III
                                        Attorney for defendant
                                        Sandhu Sandeep

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public.  The Court also finds the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  It is ordered that the time from the date of the stipulation December 2, 2010,

```
 1  to and including January 24, 2011, shall be excluded from
 2  computation of time within which the trial of this case must be
 3  commenced under the Speedy Trial Act, pursuant to 18 U.S.C.
 4  § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (defense
 5  preparation).
 6       It is further ordered that the December 6, 2010, status
 7  conference shall be continued until January 24, 2011, at 10:00
 8  a.m.
 9       It is further ordered that the United States Probation
10  Office prepare and disclose to the parties a pre-plea presentence
11  investigation report by January 17, 2011.
12       **IT IS SO ORDERED.**
13
14  Dated: December 2, 2010
15                                  _____
16                                  FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE
```