1  **LAW OFFICES OF JOHNNY L. GRIFFIN III**
   **JOHNNY L. GRIFFIN, III (SBN 118694)**
2  1010 F Street, Suite 200
   Sacramento, CA 95814
3  Tel.: (916) 444-5557
   Fax: (916) 444-5558
4
   Attorney for SANDEEP SINGH SANDHU
5

6              **UNITED STATES DISTRICT COURT**

7          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9  UNITED STATES OF AMERICA,          )   Case No.: 2:05-CR-00449 (FCD) KJM
                                      )
10         Plaintiff,                 )   **STIPULATION AND ORDER TO**
                                      )   **CONTINUE STATUS CONFERENCE**
11     vs.                            )
                                      )   Date:  January 24, 2011
12 SANDEEP SINGH SANDHU,              )   Time:  10:00 a.m.
                                      )
13         Defendant.                 )
                                      )
14

15     The United States of America, by and through Assistant U.S. Attorney Samuel

16 Wong, and Defendant SANDEEP SINGH SANDHU, by and through his attorney, Johnny

17 L. Griffin, III, hereby agree and stipulate to continue the status conference in the above

18 captioned case from January 24, 2011 to March 17, 2011 at 10:00 a.m. before Kimberly J.

19 Mueller. This continuance is requested because counsel for the Defendant will commence

20 jury selection in the Sacramento Superior Court on January 24, 2011, at 1:30 p.m.  In light

21 of preparation for that trial, counsel for the Defendant will be unavailable to attend a hearing

22 in the above captioned matter.[1]  In addition, the parties agree and stipulate that time be

23 excluded from January 24, 2011 to March 17, 2011 pursuant to Local Code T4, and 18

24

25 _____
   1. The parties have been advised by this Court's Clerk that March 17, 2011 at 10:00 a.m. is an available date and time for a status conference and hearing on this matter.

STIPULATION AND ORDER - 1

U.S.C. § 3161(h)(1)(8)(B)(iv), (continuity of defense counsel and preparation of defense counsel) to allow defense counsel additional time necessary to conduct further defense investigation and research, and properly advise Defendant regarding the possible ramifications regarding a guilty plea and/or proceeding to trial.

Dated: January 21, 2011          Respectfully submitted,

                                          /s/ Johnny L. Griffin, III
                                          JOHNNY L. GRIFFIN, III
                                          Attorney for SANDEEP SINGH SANDHU

Dated: January 21, 2011          Respectfully submitted,

                                          /s/ Samuel Wong
                                          SAMUEL WONG[2]
                                          Assistant U.S. Attorney

**ORDER**

      Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant continuity of counsel, and Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

---

[2] Assistant United States Attorney Samuel Wong telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

1
2   Based on these findings and pursuant to the stipulation of the parties, the Court
3   hereby adopts the stipulation of the parties in its entirety as its order.  The Court orders that
4   that time within which the trial of this matter must be commenced under the Speedy Trial
5   Act shall be excluded from January 24, 2011 to March 17, 2011 pursuant to Local Code T4,
6   and 18 U.S.C. § 3161(h)(1)(8)(B)(iv), (continuity of defense counsel and preparation of
7   defense counsel).  The Court further orders that a status conference shall be held on March
8   17, 2011, at 10:00 a.m.
9
10   **IT IS SO ORDERED.**
11   Dated:  January 24, 2011
                                            _____
                                            FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE