**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
**SANDEEP SINGH SANDHU**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:05-cr-00449 KJM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | DATE:  May 19, 2011 |
| | TIME:  10:00 a.m. |
| Defendant. | COURT:  Hon. Kimberly J. Mueller. |
| SANDEEP SINGH SANDHU | |

    Defendant by and through his undersigned counsel, Johnny L. Griffin, III, and the United States of America, through Assistant U.S. Attorney Samuel Wong, hereby stipulate and request that the Court continue the status conference in the above captioned case from May 19, 2011 to July 28, 2011.[1]  This continuance is requested to allow the parties additional time to meet and confer in reaching a mutually acceptable resolution in this matter in light of the pre-plea presentence report dated March 10, 2011.

///

---

[1] The parties have been advised by this Court's Clerk that July 28, 2011 at 10:00 a.m. is an available date and time for a status conference on this matter.

1

For this reason, the parties stipulate and request that the case be continued to July 28, 2011, and that the Court exclude time within which the trial must commence under the Speedy Trial Act from May 19, 2011 through July 28, 2011, to allow for defense preparation under 18 U.S. C. § 3161(h)(7)(A) and (B)(iv)  (Local Code T4).

Dated: May 16, 2011            Respectfully submitted,


/s/ Samuel Wong[2]
SAMUEL WONG
Assistant U.S. Attorney


Dated: May 16, 2011            /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
SANDEEP SINGH SANDHU

**ORDER**

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

///

///

///

---

[2] Assistant U. S Attorney Samuel Wong telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:  May 17, 2011.

_____
UNITED STATES DISTRICT JUDGE