LAW OFFICES OF JOHNNY L. GRIFFIN III
JOHNNY L. GRIFFIN, III (SBN 118694)
1010 F Street, Suite 200
Sacramento, CA 95814
Tel.: (916) 444-5557
Fax: (916) 444-5558

Attorney for SANDEEP SINGH SANDHU

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>SANDEEP SINGH SANDHU,<br><br>  Defendant. | Case No.: 2:05-cr-00449 KJM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date:  July 28, 2011<br>Time:  10:00 a.m.<br>Court: Hon. Kimberly J. Mueller |

Defendant by and through his undersigned counsel, Johnny L. Griffin, III and the United States of America, through Assistant U.S. Attorney Samuel Wong, hereby stipulate and request that the Court continue the status conference in the above captioned case from July 28, 2011 to January 26, 2012.[1]  This continuance is requested to allow counsel for the Defendant additional time to prepare and discuss potential resolution with the Government as the resolution of this case is, in large part, dependent on the resolution of another criminal prosecution that is currently pending in this District.  For these reasons, the parties stipulate and request that case be continued to January 26, 2012, and that the Court exclude time within which the trial must commence under the Speedy Trial Act from July 28, 2011 to

---

1. The parties have been advised by this Court's Clerk that January 26, 2012 at 10:00 a.m. is an available date and time for a status conference and hearing on this matter.

1

January 26, 2012, to allow for defense preparation under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: July 26, 2011          Respectfully submitted,

/s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for SANDEEP SINGH SANDHU

Dated: July 26, 2011          Respectfully submitted,

/s/ Samuel Wong
SAMUEL WONG[2]
Assistant U.S. Attorney

**ORDER**

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The January 26, 2012 date is a firm date the court does not anticipate continuing.

**IT IS SO ORDERED.**

Dated:   July 27, 2011.

_____
UNITED STATES DISTRICT JUDGE

---

[2]  Assistant United States Attorney Samuel Wong telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.