## UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　)　　CASE NUMBER: 2:05-cr-00449-KJM
　　　　　　　　Plaintiff,　　　　　)
v.　　　　　　　　　　　　　　　　　)　　ORDER FOR RELEASE
　　　　　　　　　　　　　　　　　　)　　OF PERSON IN CUSTODY
SANDEEP SINGH SANDHU,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant.　　　　　)

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release Sandeep Singh Sandhu; Case 2:05-cr-00449-KJM from

custody for the following reasons:

　　　　　　　　＿　　Release on Personal Recognizance

　　　　　　　　＿　　Bail Posted in the Sum of _____

　　　　　　　　＿　　Unsecured Appearance Bond in the amount of $

　　　　　　　　＿　　Appearance Bond with 10% Deposit

　　　　　　　　＿　　Appearance Bond secured by Real Property

　　　　　　　　＿　　Corporate Surety Bail Bond

　　　　　　　　X　　(Other) Time Served.


Issued at __Sacramento, CA__ on __1/9/13__ at __10:30 a.m.__

By _____

Kimberly J. Mueller
United States District Judge