UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:05-cr-00449-KJM |
| Plaintiff, | |
| v. | ORDER |
| SANDEEP SINGH SANDHU, | |
| Defendant. | |

On January 27, 2020, this court granted defendant's petition for writ of error coram nobis and vacated his January 9, 2013 conviction. *See* Order, ECF No. 114. On February 26, 2020, the government appealed. ECF No. 115. That appeal, however, was subsequently dismissed. *See* ECF No. 118.

As part of defendant's original conviction, the court ordered him to pay a $4000.00 fine and a $200.00 assessment. Judgment and Sentencing at 5, ECF No. 98. Court records indicate defendant has paid these obligations in full. "When a criminal conviction is invalidated by a reviewing court and no retrial will occur," the state must "refund fees, court costs, and restitution exacted from the defendant upon, and as a consequence of, the conviction." *Nelson v. Colorado* 137 S. Ct. 1249, 1252 (2017); *see also United States v. Hayes*, 385 F.3d 1226, 1229 (9th Cir. 2004) ("If a conviction is vacated, *Telink* holds that 'wrongly paid fines would be

1   automatically refunded, without requiring a civil action and without regard to the limitations
2   period for civil actions.'" (quoting *Telink, Inc. v. United States*, 24 F.3d 42, 47 (9th Cir.1994));
3   Fed. R. Crim. P. 41(g) (governing return of property).  Here, because defendant's conviction has
4   been vacated, he is entitled to return of the monetary penalties previously paid.

Accordingly, the court orders the Clerk of Court to return the $4000.00 fine and $200.00 assessment to the defendant at an address defendant shall provide to the court's financial department within the office of the Clerk of Court.

IT IS SO ORDERED.

DATED:  June 16, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE